| Fill in this information to identify the case: | |
|---|---|
| Debtor name | MV Realt of North Carolina, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Joshua H. Stein, Atty. Gen. of N.C. c/o Brian D. Rabinovitz, Esq. N.C. Dept. of Justice, Cons. Prot. Div. PO Box 629 Raleigh, NC 27602 | | | Contingent Unliquidated Disputed | | | $0.00 |
| Monroe Capital Mgmt. Advisors, LLC Attn: Kyle Asher 311 S. Wacker Drive, Suite 6400 Chicago, IL 60606 | | | Contingent | $40,000,633.08 | Unknown | Unknown |