# United States Bankruptcy Court
## Southern District of Florida

In re  **MV Realt of North Carolina, LLC**　　　　　　Case No. _____
　　　　　　　　　　　　　Debtor(s)　　　　　　　　　Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| MV Realty PBC, LLC<br>815 Broken Sound Parkway<br>Suite 140<br>Boca Raton, FL 33487 | Membership Interest | 100% | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

　　　　I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **September 21, 2023**　　　　　　　　　Signature  **/s/ Antony Mitchell**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Antony Mitchell**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders