**EXHIBIT "B"**

*Schedule H*

*Co-Debtors*

| | |
|---|---|
| MV Realty, PBC LLC (Florida) | MV Realty of Minnesota, LLC |
| MV Receivables II, LLC | MV Realty of Missouri, LLC |
| MV Realty of Alabama, LLC | MV Realty of Nevada, LLC |
| MV Realty of Arizona, LLC | MV Realty of New Jersey, LLC |
| MV Realty of California, a California corp. | MV Homes of New York, LLC |
| MV Realty of Colorado, LLC | MV Realty of North Carolina, LLC |
| MV Realty of Connecticut, LLC | MV Realty of Ohio, LLC |
| MV Realty PBC, LLC (Georgia) | MV Realty of Oklahoma, LLC, |
| MV Realty of Idaho, LLC | MV Realty of Oregon, LLC |
| MV Realty of Illinois, LLC | MV Realty PBC, LLC (Pennsylvania) |
| MV Realty of Indiana, LLC | MV Realty of South Carolina, LLC |
| MV Realty of Kansas, LLC | MV Realty of Tennessee, LLC |
| MV Realty of Kentucky, LLC | MV Realty of Texas, LLC |
| MV Realty of Louisiana, LLC | MV Realty of Utah, LLC |
| MV Realty of Maryland, LLC | MV Realty of Virginia, LLC |
| MV of Massachusetts, LLC | MV Realty of Washington, LLC |
| MV Realty of Michigan, LLC | MV Realty of Wisconsin, LLC |