**EXHIBIT "C"**

*SoFA Response #7*

*Litigation*

| STATE | Agency | Entity | Complaint Type | Complaint No. | CURRENT STATUS |
|---|---|---|---|---|---|
| North Carolina | State of North Carolina ex rel. Joshua Stein, Attorney General vs. MC Realty PBC, LLC, MV Realty of North Carolina, MV Brokerage of North Carolina, Amanda Zachman, Antony Mitchell, David Manchester and Darryl Cook | MV Realty of North Carolina LLC | Lawsuit | 23CV006408-910 | Pending |
| North Carolina | State of North Carolina, Department of Justice | MV Realty of North Carolina LLC | CID | - | Pending |
| North Carolina | NCREC Complaint: D21-3724 | MV Realty of North Carolina LLC | General Consumer Complaint | D21-3724 | Pending |
| North Carolina | NCREC Case #D22-2563 | MV Realty of North Carolina LLC | General Consumer Complaint | D22-2563 | Pending |
| North Carolina | NCREC Case #D22-2563 | MV Realty of North Carolina LLC | General Consumer Complaint | D22-2563 | Pending |
| North Carolina | NCREC Case #D22-2563 | MV Realty of North Carolina LLC | General Consumer Complaint | D22-2563 | Pending |
| North Carolina | NCREC Case #D23-1893 | MV Realty of North Carolina LLC | General Consumer Complaint | D23-1893 | Pending |
| North Carolina | NCREC Case D23-2256 | MV Realty of North Carolina LLC | General Consumer Complaint | D23-2256 | Pending |
| North Carolina | NCREC Case #D23-2214 | MV Realty of North Carolina LLC | General Consumer Complaint | D23-2214 | Pending |