UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| IN RE:<br><br>MV REALTY PBC, LLC *et al.*,<br><br>    Debtors. | CASE NO. 23-17590-EPK<br><br>CHAPTER 11<br><br>(Jointly Administered) |

**GLOBAL NOTES TO**
**SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

1. Starting in 2021, the Debtors report on a consolidated basis under *MV Realty Holdings, LLC.* In 2019 and 2021, the Debtors reported on a consolidated basis under *MV Realty PBC,* LLC. All revenues and expenses are recorded in the books and records of MV Realty PBC, LLC. The Debtors file a Form 1065, partnership return.

2. The Debtors report assets and liabilities in accordance with Generally Accepted Account Principles.

3. The Debtors have reported income (Response to Question 1 on the Statement of Financial Affairs) on the Statement of Financial Affairs for *MV Realty PBC, LLC*, Case No. 23-17590-EPK. The income reported is on a consolidated basis.

4. Property and equipment are capitalized and are stated as cost. Depreciation is calculated using the straight-line method over the estimated useful lives of the assets, which range from 3-5 years.

5. Goodwill represents the excess of the purchase price over the fair value of the net assets in connection with a May 18, 2020, change in control transaction. Goodwill is accounted for in accordance with FASB ASC 350, which allows non-public companies to amortize goodwill on a straight-line basis over a period not to exceed 10 years. There is also a goodwill component representing the amounts advanced over the cost of the assets acquired.

6. The value of HBP assets ("HBAs") represents the amounts paid to homeowners upon entering into a forward listing agreement, the associated deferred costs, and allowances for uncollectability of future commissions for the sales of homes under such agreements. HBP assets are reported at cost and allowances are reported separately.

1

7. The values of HBAs are reported on each of the MV Realty Subs schedules. The values represent the amount paid to homeowners, and the costs paid in connection with HBAs entered for each MV Realty Sub such as commissions, notary costs, and other related costs are reported separately.

8. Monroe Capital Management Advisors, LLC and Goodwood, Inc. are parties to an Acknowledgement and Confirmation Agreement, entered in July 2021, pertaining to priority of liens in HBAs.

9. All amounts disclosed in the Schedules and Statement of Financial Affairs have been provided to the best of the Debtors' knowledge, information, and belief. The Debtors reserve the right to amend the schedules and statement of financial affairs.

10. The amounts included on the schedules and statement of financial affairs are without prejudice to the rights of the Debtors to object to any claim(s) and to file appropriate avoidance actions, including, without limitation, claims pursuant to Chapter 5 of the Bankruptcy Code.

11. The failure of the Debtors to disclose any asset, including, without limitation, any potential claim(s) against any third party is neither intended nor should be construed as any waiver of such claim(s) and all such claim(s) are preserved.

12. The Debtors reserve the right to add or remove any unexpired lease or executory contract from Schedule G.

13. Any failure to designate a claim on the Debtor's Schedules as disputed, contingent, or unliquidated does not constitute an admission by the Debtor that such amount is not disputed, contingent, or unliquidated. The Debtor reserves the right to dispute, or to assert offsets or defenses to any claim reflected on its Schedules as to amount, liability, or classification or to otherwise subsequently designate any claim as disputed, contingent, or unliquidated.

                                            */s/ Michael D. Seese*
                                            Michael D. Seese, Esq.
                                            FBN 997323
                                            Seese, P.A.
                                            101 NE 3rd Avenue, Suite 1500
                                            Fort Lauderdale, FL 33301
                                            Telephone No. (954) 745-5897